UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
EMPOWER ANNUITY INSURANCE COMPANY OF :
AMERICA, :
:
                          Petitioner,                        :          24 Misc. 307 (JPC)
:
                -v-                          :          ORDER
:
BLISCE US LLC, :
:
                        Respondent. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On July 3, 2024, Petitioner filed a motion seeking an order compelling Respondent to comply with a Subpoena *Duces Tecum* served on Respondent on July 20, 2023, in connection with a pending action between those parties in the District of Colorado, *see Empower Annuity Ins. Co. of America v. Empower Finance, Inc.*, No. 23 Civ. 62 (CNS) (SKC) (D. Col.). Dkt. 1 (the "Motion"). The Motion, along with the supporting legal memorandum and declaration, were served on counsel for Respondent on July 3, 2024. *See* Dkt. 5. Respondent is directed to file a response to the Motion by July 17, 2024. In that response, or alternatively prior to filing a substantive response, Respondent may advise the court whether it consents to transfer of the Motion to the District of Colorado pursuant to Federal Rule of Civil Procedure 45(f).

      SO ORDERED.

Dated: July 9, 2024
       New York, New York                                  _____
                                                                  JOHN P. CRONAN
                                                              United States District Judge